JOSEPH BOCCHICHIO *v.* RUSSELL REED ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in the judicial district of Waterbury is granted.

*John A. DelBuono,* for the appellee (plaintiff).

*James H. W. Conklin,* for the appellants (defendants).

Argued March 2—decided March 2, 1976

STATE OF CONNECTICUT *v.* WILLIAM COOK

The state's motion to dismiss the appeal from the Superior Court in Middlesex County is granted unless the defendant promptly complies with § 630A of the Practice Book and files his brief on or before March 24, 1976.

*Jerrold H. Barnett,* assistant state's attorney, for the appellee (state).

*David N. Rosen,* for the appellant (defendant).

Argued March 2—decided March 2, 1976

RUBY H. THOMAS *v.* STATE OF CONNECTICUT

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Walter A. Flynn, Jr.,* for the appellee (plaintiff).

*Richard F. Webb,* assistant attorney general, for the appellant (defendant).